IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VERONICA VALENTINE, | ) | 8:15CV261 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JANE DOE DEFENDANTS, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court for case management. On November 6, 2015, the court ordered Plaintiff Veronica Valentine to, within 30 days, "take reasonable steps to identify the two Jane Doe Defendants who subjected her to a body cavity search and notify the court of their names, after which the court [would] send Valentine the documents necessary to initiate service of process." (Filing No. 7.) The court warned Valentine that failure to do so would result in dismissal of this case without prejudice and without further notice. In addition, the court advised Valentine that she could request an extension of time in which to identify the Jane Does if additional time was needed.

To date, Valentine has not notified the court of the names of the Jane Doe Defendants, she has not requested an extension of time in which to identify the Jane Doe Defendants, and she has taken no further action in this case.

IT IS THEREFORE ORDERED that: This case is dismissed without prejudice because Valentine failed to prosecute it diligently and failed to comply with a court order.

DATED this 30th day of December, 2015.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.